UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY J. LOUIS,<br><br>                       Plaintiff,<br><br>          -against-<br><br>DSH LOCATORS, LLC AND MYLA BIVINS,<br><br>                       Defendant(s). | 25-cv-1607 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties are ordered to appear for an in-person pre-motion conference on **Friday, October 17, 2025** at **4:00 PM** in **Courtroom 15A, 500 Pearl Street, New York, NY 10007.** The parties should be prepared to discuss the issues raised in defendants' letter-motion, *see* Dkt 16.

      SO ORDERED.

Dated: October 15, 2025
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge