# O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS

October 16, 2025

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Stanley J. Louis v. DSH Locators, LLC, and Myla Bivins*
              Case No.: 1:25-CV-1607(AS)

Judge Subramanian:

      Our office represents Defendants DSH Locators, LLC, and Myla Bivins ("Defendants") in the above captioned action.

      As you know, on October 17, 2025, there is an in-person conference scheduled on Defendants' letter motion (ECF No. 16) which requested a pre-motion conference and/or, in the alternative, a briefing schedule regarding Defendants' anticipated motion to (1) deem Plaintiff's Requests for Admission admitted under Rule 36(a)(3); (2) impose sanctions under Rule 37 for Plaintiff's repeated, willful discovery violations; and (3) grant summary judgment under Rule 56 on the basis of those admissions. See *ECF No. 16*.

      I write with the consent of Plaintiff's counsel to respectfully request a three-week adjournment of the upcoming conference, currently scheduled for October 17, 2025. The parties propose rescheduling the conference to November 6, 2025, or a later date convenient to the Court. This is the first request by either party to adjourn this conference, which was scheduled pursuant to the Court's order issued on October 15, 2025. Given the brief nature of the requested extension, no significant deadlines or the overall progression of the litigation should be affected. As discussed below, the parties believe that adjourning the conference at this time would best serve the interests of the case.

      This request is being made in light of recent discussions among the parties concerning discovery issues and Defendants' letter motion. During those discussions, the parties also began exploring the possibility of a global settlement of this action. While the discovery disputes and the matters raised in the letter motion remain unresolved at this time, the settlement discussions have been substantive and are ongoing. If the parties are able to reach a global resolution, the Defendants' letter motion may be rendered moot.

Sincerely Submitted,
*Arian Hashemi*
Drew Mallick, Esq.
Arian Hashemi, Esq.
*Attorneys for Defendants*
*DSH Locators, LLC, and Myla Bivins*

Submitted Jointly and With Consent of Plaintiff's Counsel,
/s/Douglas Doneson
Douglas Doneson, Esq.
Sobo & Sobo
*Attorneys for Plaintiff*

cc: All counsel of record via ECF

The parties' joint request is **DENIED**. Defendants raised these issues, the Court told the parties to discuss them, they weren't able to, and so the Court scheduled this conference. Now the parties want an adjournment, but defendants say that the discovery issues are unresolved. And while the letter refers to settlement discussions, no further information is provided to suggest that a settlement is likely. If the parties inform the Court that they have a settlement in principle, or that the discovery issues have been resolved, then the Court will adjourn the conference. Otherwise, the parties should plan to be in court tomorrow.

The Clerk of Court is directed to terminate the motion at Dkt. 20.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 16, 2025