UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY J. LOUIS,

                Plaintiff,

-against-

DSH LOCATORS, LLC AND MYLA BIVINS,

                Defendants.

25-CV-1607 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    As the Court explained at Friday's hearing, the parties shall exchange any existing relevant videos by the end of today, October 20, 2025. By Wednesday, the parties shall continue their settlement discussions to determine if this case can be resolved without the need for further motion practice and litigation.

    Defendants' motion for sanctions, summary judgment, and to deem admitted plaintiff's requests for admission is due Friday, October 24, 2025, by 5:00 PM. Plaintiff's opposition is due Friday, November 7, 2025, by 5:00 PM. Defendants' reply is due Friday, November 14, 2025, by 5:00 PM.

    SO ORDERED.

Dated: October 20, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge